UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM TOLLIVER,

    Plaintiff,

v.

ABSOLUTE,

    Defendant.

_____/

Case No. 1:19-cv-00856

HON. ROBERT J. JONKER

PLAINTIFF'S MOTION FOR APPROVAL AS TO FORM OF
SUBPOENAS DIRECTED TO SIP.US LLC AND AUTHORIZE.NET LLC

By Order dated October 5, 2020 (ECF No. 8) the Court granted Plaintiff's Motion (ECF No. 7) requesting leave to serve subpoenas on SIP.US LLC and Authorize.Net LLC to obtain telephone subscriber records regarding three toll-free telephone numbers, for the purpose of identifying and naming as defendants in this lawsuit, the entities responsible for telephoning and falsely threatening Plaintiff with litigation, prosecution and other adverse consequences, in efforts to coerce Plaintiff to pay money for a fake debt.

The Court's Order requires "that plaintiff shall provide the Court with copies of the proposed subpoenas for approval as to form prior to service on SIP.US LLC and Authorize.net LLC" (ECF No. 8, PageID.44).

Plaintiff requests that the Court issue an order and approve the attached subpoenas as to form for service on SIP.US LLC (Exhibit A) and Authorize.net LLC (Exhibit B).

Dated: October 5, 2020                    Respectfully submitted,

<span style="margin-left:3em;">/s/ Phillip C. Rogers</span>
Phillip C. Rogers (P34356)
Attorney for Plaintiff
6140 28th Street, S.E., Suite 115
Grand Rapids, Michigan 49546
(616) 776-1176
ConsumerLawyer@aol.com