UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM TOLIVER,

        Plaintiff,                              Case No. 1:19-cv-856

v.                                                  Hon. Robert J. Jonker

ABSOLUTE,

        Defendant.
_____/

## ORDER

This matter is now before the Court on plaintiff's motion for approval as to form of the subpoenas directed to SIP.US LLC and Authorize.net LLC (ECF No. 9). The Court has reviewed the proposed subpoenas (ECF Nos. 9-1 and 10) and finds that they are appropriate. Accordingly, the subpoenas are approved and plaintiff's motion is **GRANTED**.

                **IT IS SO ORDERED.**

Dated:  October 7, 2020                /s/ Ray Kent
                                                RAY KENT
                                                United States Magistrate Judge